# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 5D2024-2455
L.T. Case No. 2018-31354-FMCI

———————————————————

PAUL R. REED, JR. a/k/a PAUL
RODNEY REED, JR.

    Appellant,

    v.

SHERRY MIMMS, a/k/a SHERRY
MIMS,

    Appellee.

———————————————————

On appeal from the Circuit Court for Volusia County.
Stasia Warren, Judge.

Paul R. Reed, Jr. a/k/a Paul Rodney Reed, Jr., Daytona Beach,
pro se.

Sherry Mimms, DeLand, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior
Assistant Attorney General, Tallahassee, for Department of
Revenue.

January 21, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*